**H. E. PERRY, Petitioner, v. John Caskle COLLET, United States District Judge, Western District of Missouri.**

No. 12929.

Circuit Court of Appeals, Eighth Circuit.

Aug. 11, 1944.

H. E. Perry, pro se.

PER CURIAM.

Petition for writ of mandamus denied.

**UNITED STATES of America, Appellant, v. 711.57 ACRES OF LAND IN EDEN TOWNSHIP, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, W. H. Meek Estate, Inc., et al., Appellees.**

No. 10851.

Circuit Court of Appeals, Ninth Circuit.

Aug. 15, 1944.

M. Mitchell Bourquin, Sp. Asst. to Atty. Gen., for appellant.

Hackley & Hursh, of San Francisco, Cal., for appellees Edwards.

Hilton J. Melby, of Oakland, Cal., for appellee Meek Estate.

Cornish & Cornish, of Berkeley, Cal., for appellees Schneider.

John T. Wentz, of Oakland, Cal., for appellees King et al.

Tsar N. Calfee, of Richmond, Cal., for appellee Nielson.

Pierre A. Fontaine, of Oakland, Cal., for appellee Stanley.

Hadsell, Sweet, Ingalls & Carroll, of San Francisco, Cal., for appellee Stenzel.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, 51 F.Supp. 30, that a decree of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.

**William E. PINFOLD, Petitioner, v. UNITED STATES of America.**

No. 12924.

Circuit Court of Appeals, Eighth Circuit.

Aug. 2, 1944.

William E. Pinfold, pro se.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for respondent.

PER CURIAM.

Petition for writ of mandamus intended to be directed against Honorable George H. Moore, United States District Judge for Eastern District of Missouri, denied and dismissed.